[No. 25619-0-I.   Division One.   August 26, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT EARL HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00542-0, Daniel T. Kershner, J., entered February 28, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 23857-4-I.   Division One.   August 26, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL G. MURPHY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88-1-00285-1, Gilbert E. Mullen, J., entered March 23, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 26519-9-I.   Division One.   September 3, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JARROD D. GOODWIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-05094-5, Norma Smith Huggins, J., entered June 7, 1990. *Dismissed* by unpublished per curiam opinion.